IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AUTOSCRIBE CORPORATION,　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　　Plaintiff,　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　v.　　　　　　　　　　　　　　）　C.A. No. 25-1498 (JDW)
　　　　　　　　　　　　　　　　　　）
STRIPE, INC.　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　　Defendant.　　　　　　　）

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Gregory K. Sobolski, Thomas W. Yeh, Giri Pathmanaban, Fan Chen, Clement Naples, and Sami Al-Marzoog of CLEARY GOTTLIEB STEEN & HAMILTON LLP to represent defendant Stripe, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
araucci@morrisnichols.com

May 12, 2026                                  *Attorneys for Defendant Stripe, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Gregory K. Sobolski, Thomas W. Yeh, Giri Pathmanaban, Fan Chen, Clement Naples, and Sami Al-Marzoog is granted.


Dated:   May 13, 2026                          /s/ Joshua D. Wolson
                                         United States District Judge